# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0219. JERIDA FACILITIES MANAGEMENT, LLC et al. v. POST OAK GROUP, LLC.

In this action for declaratory and injunctive relief, equitable accounting, and breach of contract or unjust enrichment, Jerida Facilities Management, LLC, and Jeffrey A. Keebler ("Defendants") filed a motion for summary judgment. The trial court entered an order on May 2, 2024, denying Defendants' motion for summary judgment and reopening discovery; on May 10, 2024, the court certified its order for immediate review. On May 21, 2024, Defendants filed this application seeking to appeal the court's order. We, however, lack jurisdiction.

It is the duty of this Court to inquire into its jurisdiction. *Radio Sandy Springs, Inc. v. Allen Rd. Joint Venture*, 311 Ga. App. 334, 334-335 (715 SE2d 752) (2011). Under OCGA § 5-6-34 (b), a party may request interlocutory review if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. The application to this Court then must be made "within ten days after such certificate is granted." Id. The requirements of OCGA § 5-6-34 (b) are jurisdictional, and if a party seeking interlocutory review does not comply with these requirements, the party must wait until final judgment to appeal. See *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016).

Here, because Defendants filed this application 11 days after the trial court entered its certificate of immediate review, it is untimely. See *Graves v. Dean*, 166 Ga. App. 186 (303 SE2d 751) (1983).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __06/11/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*